```
                IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

UNITED STATES OF AMERICA,

        CRIMINAL CASE NO.

v.

        1:14-cr-209-JEC-AJB

MARCO ANTONIO GALVEZ-HERNANDEZ,

   Defendant.

## ORDER

This case is before the Court on the Magistrate Judge's Report and Recommendation [16] recommending accepting defendant's plea of guilty tendered on July 18, 2014.  No objections to the Report and Recommendation [16] have been filed.

IT IS HEREBY ORDERED that the Court **ADOPTS** the Magistrate Judge's Report and Recommendation [16] and **ACCEPTS** the defendant's plea of guilty as to Count One of the Indictment.

SO ORDERED this 7th day of August, 2014.

                                      /s/ Julie E. Carnes
                                      JULIE E. CARNES
                                      Circuit Judge, sitting by designation
                                      as District Judge